# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO: 4:19-CR-45 (CDL)** |
| : | |
| **v.** : | |
| : | |
| **MARQUIS P. LAWRENCE** : | |
| : | |

## CONSENT ORDER FOR CONTINUANCE

The Defendant in the above-styled case was indicted on December 10, 2019, and arraigned on December 20, 2019. In this case, the Government has represented to the Court that the parties are requesting additional time to conduct pretrial discovery and conduct plea negotiations. The parties have filed a joint motion to continue the trial of this case to the Court's September 2020 trial term. Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the Court's September 2020 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court also removes this case from the previously scheduled January 23, 2020 pretrial docket.

It is the Court's finding that the ends of justice [18 U.S.C. § 3161(h)(8)(A)] served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. § 3161(h)(8)(B)(i)]; and the failure to grant such continuance would deny counsel for the Defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. § 3161(h)(8)(B)(iv)].

SO ORDERED, this 3rd day of January, 2020.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA